IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN DOBBS                         :

        v.                          :        NO. 11-1556

NCO FINANCIAL SYSTEMS, INC.         :

                                  :

JUDGMENT

FILED
APR 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE RUFE, J.

       AND NOW, to wit, this 26th day of April, 2011, it is ORDERED that in accordance with the Acceptance of Offer and entry of Judgment filed by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendant in the amount of Two Thousand Dollars ($2,000.00), including reasonable attorneys fees and costs

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg