IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN DOBBS,** : | |
| Plaintiff, : | |
| v. : | |
| : | **CIVIL NO. 11-1556** |
| **NCO FINANCIAL SYSTEMS,** : | |
| Defendant. : | |

### ORDER

**AND NOW**, this 30th day of August 2011, upon review of the docket in this matter and noting the Clerk of Court entered judgment in favor of Plaintiff Kevin Dobbs and against Defendant NCO Financial Systems [doc. no. 6], and Plaintiff, through his counsel, filed a notice of Satisfaction of Judgment [doc. no. 7], it is hereby **ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**It is so ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE**, J.